UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: <br><br> ALM ENTERPRISES, L.L.C., <br><br> Debtor. | Case No. 22-91145-AKM-11 |

### MOTION FOR EXTENSION OF TIME TO FILE CERTAIN DOCUMENTS AND INFORMATION REQUIRED BY BANKRUPTCY RULE 1007(b)

Debtors, Aimee L. Martin; Kenneth D. Martin, II; ALM Enterprises, L.L.C.; and KDM Farms, LLC (collectively, the "**Debtors**"), by proposed counsel, for their *Motion for Extension of Time to File Certain Documents and Information Required by Bankruptcy Rule 1007(b)*, state as follows:

1. Debtors initiated the above-captioned case by the filing of Voluntary Petitions under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") on December 14, 2022.

2. Pursuant to Local Rule B-1007-1, and Notice entered by the Court, the deadline for Debtors to file the required filings (as defined below), is December 28, 2022.

3. This deadline has not yet passed.

4. By this Motion, Debtors are seeking an Order of this Court under Fed. R. Bankr. P. 1007(a)(5) and (c) enlarging the deadline to file the documents and information required by Bankruptcy Rule 1007(b), including but not limited to their Schedules A/B through J with Declarations, and a statement of financial affairs, statement of monthly income and equity security holders (collectively, the "**Required Filings**") to and including Friday January 13, 2023.

5. Debtors' Voluntary Petitions were filed on an emergency basis due to various pressures the Debtors were experiencing from multiple creditors.

6. As a result of this, Debtors require additional time to prepare and file the Required Filings.

7. This requested extension is not made for the purpose of delay or any other improper or dilatory purpose but rather to permit Debtors to provide a complete and accurate copy of the Required Filings.

8. Furthermore, because the meeting of creditors required under 11 U.S.C. § 341 has been scheduled for January 19, 2023, the requested extension should not disrupt it.

**WHEREFORE**, Debtors Aimee L. Martin; Kenneth D. Martin, II; ALM Enterprises, L.L.C.; and KDM Farms, LLC, respectfully request this Court for an extension of time, to and including January 13, 2023, to file the Required Filings and any other documents required by Bankruptcy Rule 1007(b), and grant Debtors all other relief deemed just and proper by the Court.

Respectfully submitted,

*/s/ Weston E. Overturf*
Weston E. Overturf, Atty. No. 27281-49
Overturf Law
9102 N. Meridian Street, Suite 555
Indianapolis, IN 46260
(317) 559-3387
wes@ofattorneys.com

*Proposed Counsel for Debtors and Debtors-in-Possession*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

**Anthony Thomas Carreri**   acarreri@ofattorneys.com, deidre@ofattorneys.com
**Nick Cirignano**   ncirignano@zsws.com, cflester@zsws.com
**Jeffrey W Henning**   jhenning@zsws.com, kpace@zsws.com;cflester@zsws.com
**Weston Erick Overturf**   wes@ofattorneys.com, deidre@ofattorneys.com;overturf.westonb115224@notify.bestcase.com
**Damaris D Rosich-Schwartz**   damaris.d.rosich-schwartz@usdoj.gov
**U.S. Trustee**   ustpregion10.in.ecf@usdoj.gov

I hereby certify that on December 19, 2022, a copy of the foregoing was mailed by United States mail to the following:

None

<i>/s/ Weston E. Overturf</i><br>
Weston E. Overturf